

# Fourth Court of Appeals
## San Antonio, Texas

March 11, 2019

No. 04-18-00907-CV

Aundria **HINOJOSA** and Florencio Hinojosa, V Individually as Wrongful Death Beneficiaries of Florence Hinojosa, VI, deceased and on behalf of the Estate of Florencio Hinojosa, VI, deceased,
Appellants

v.

Sophia Anita **KOEN**, M.D.; Sophia A. Koen, M.D., P.A.; and Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Alice,
Appellees

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 15-07-54935-CV
Honorable Richard C. Terrell, Judge Presiding

## O R D E R

On February 28, 2019, after no brief or motion for extension of time to file the brief was filed, we ordered Appellants to show cause why this appeal should not be dismissed for want of jurisdiction.

On March 8, 2019, Appellants timely filed a response and a motion for extension of time to file the brief.

Our February 28, 2019 show cause order is SATISFIED. Appellants' motion for extension of time to file the brief is GRANTED. Appellants' brief is due on March 25, 2019.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 11th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court